IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-40950
Conference Calendar

_____


WILLIE R. HOUSTON,

                                    Plaintiff-Appellant,

versus

WESLEY WARNER, Warden; S. BEMBERY;
S. LOWE; BELIA MENDIOLA; LESLIE WOODS,

                                    Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. C-93-CV-367
- - - - - - - - - - -
December 10, 1997
Before BARKSDALE, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM:[*]

     Willie Houston, Texas prisoner #629532, appeals from the

magistrate judge's decision granting summary judgment in favor of

the defendants in Houston's civil rights complaint.  42 U.S.C.

§ 1983; see 28 U.S.C. § 636(c).  Houston argues that prison

officials were deliberately indifferent to his serious medical

needs when, on several occasions, they refused to issue him his

medication.  We have reviewed the record and the briefs of the

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

parties, and we affirm the judgment for essentially the same reasons set forth in the magistrate judge's decision. <u>See</u> <u>Houston v. Warner et al.</u>, No. C-93-367 (S.D. Tex. Jul. 26, 1996); <u>see</u> <u>also</u> 42 U.S.C. § 1997e(e)(stating that no federal civil action may be brought by a prisoner for mental or emotional injury without a prior showing of physical injury).

AFFIRMED.